CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Nehemiah Kong**, <br><br> Plaintiff, <br><br> v. <br><br> **Costa Mesa Square, LLC**, a California Limited Liability Company; and Does 1-10, <br><br> Defendants. | Case No.: 8:19-cv-02062-SVW-DFM <br><br> **STIPULATION TO CONTINUE TRIAL AND RELATED DATES** <br><br> Final Pretrial Conference: May 18, 2020 <br> Time: 3:00 p.m. <br><br> Complaint Filed: October 29, 2019 <br> Court Trial: May 26, 2020 <br><br> Honorable Judge Stephen V. Wilson |

## STIPULATION

Plaintiff Nehemiah Kong and Defendant Costa Mesa Square, LLC (collectively as "Parties"), hereby stipulate to a continuance of the final pretrial conference, trial, and associated dates.

**Whereas**, the Parties had scheduled the expert site inspection for March 27, 2020;

**Whereas**, on March 4, 2020, Governor Gavin Newsom declared a State of Emergency in California as a result of the threat of COVID-19;

**Whereas**, on March 19, 2020, Governor Gavin Newsom issued Executive Order N-33-20, requiring "all individuals living in the State of California to stay home or at their place of residence except as needed to maintain continuity of operations of the federal critical infrastructure sectors…"

1

**Whereas**, the Parties cannot meaningfully prepare their cases for trial or resolve existing issues without the information that will be provided by way of the expert site inspection;

**Whereas**, counsel anticipate a 60-day continuance will allow for the expert site inspection to take place and for the Parties to either resolve the issues of the case or prepare their cases for trial;

**THEREFORE**, in light of the above, the parties respectfully request that this Court order continuances as follows:

Trial is continued from May 26, 2020, to August 4, 2020;

The final pretrial conference is continued from May 18, 2020, to July 27, 2020;

Filing deadlines for trial documents are continued accordingly.

**IT IS SO STIPULATED.**

Dated: March 24, 2020                   CENTER FOR DISABILITY ACCESS


By: /s/ Christopher A. Seabock

CHRISTOPHER A. SEABOCK
Attorneys for Plaintiff


Dated: March 24, 2020                   BREMER WHYTE BROWN & O'MEARA LLP


By:

TIMOTHY G. MCNULTY
Attorneys for Defendant Costa Mesa Square, LLC

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this Stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: March 24, 2020        CENTER FOR DISABILITY ACCESS

By: /s/ Christopher A. Seabock

CHRISTOPHER A. SEABOCK
Attorneys for Plaintiff